**Veronica L. WILKERSON, Appellant,**

v.

**WILSON FOODS CORPORATION, Respondent.**

**No. WD 38582.**

Missouri Court of Appeals, Western District.

March 3, 1987.

Robert B. Reeser, Jr., Sedalia, for appellant.

R. Lin Alexander, Marshall, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from award of Industrial Relations Commission denying benefits under the Worker's Compensation Act.

Affirmed. Rule 84.16(b).